

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-23-00969-CV

Thomas James **ROBERTS** dba TTT Road Service,
Appellant

v.

**CINTAS CORPORATION NO. 2**,
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2022CVI001468-D1
Honorable Joe Lopez, Judge Presiding

PER CURIAM

Sitting:      Beth Watkins, Justice
             Liza A. Rodriguez, Justice
             Lori I. Valenzuela, Justice

Delivered and Filed: November 29, 2023

DISMISSED

Appellant has filed a "Notice of Nonsuit of the Appeal," which we construe as a motion to dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(1). The motion contains a certificate of service to appellee, which has not opposed the motion. Therefore, we grant the motion and dismiss the appeal. *See id.* Costs of the appeal are taxed against appellant. *See id.* R. 42.1(d).

PER CURIAM